United States Bankruptcy Court
Central District of California

Roberts,
    Plaintiff

Adv. Proc. No. 25-01299-SC

Mendes,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0973-8      User: admin      Page 1 of 2
Date Rcvd: Dec 09, 2025      Form ID: pdf031      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2025:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| pla | + Email/Text: bknotices@legalsupport-sc.com | Dec 10 2025 01:18:00 | Gregg Roberts, 43430 E Florida Ave F293, Hemet, CA 92544-7224 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| dft | | Cammy Mendes |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2025      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Martina A Slocomb | on behalf of Defendant Cammy Mendes martina@redhillawgroup.com |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |
| Weneta M.A. Kosmala (TR) | ecf.alert+Kosmala@titlexi.com wkosmala@txitrustee.com;dmf@txitrustee.com;sdk@txitrustee.com |

District/off: 0973-8                         User: admin                                             Page 2 of 2
Date Rcvd: Dec 09, 2025                      Form ID: pdf031                                   Total Noticed: 1
TOTAL: 3

Gregg Roberts
43430 E Florida Ave #F-293
Hemet CA 92544
Ph: 951-330-4450
gregg@legalsupport-sc.com




UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

In re Cammy Mendes,

Debtor

Gregg Roberts,
Judgment Creditor/Plaintiff,

v.

Cammy Mendes
Debtor/Defendant

Main Case #8:25-bk-11756-SC

Chapter 7

AP Case #8:25-ap-01299-SC

**ORDER GRANTING EX PARTE APPLICATION FOR ORDER CONTINUING
(1) HEARING ON MOTION FOR SANCTIONS RE: INADVERTENT PII DISCLOSURE AND
(2) STATUS / SCHEDULING CONFERENCE BY 35 DAYS**

[No Hearing Held – Ex Parte]

Judge: Hon. Scott C. Clarkson

---

The Court having considered the Ex Parte Application for Order Continuing (1) Hearing on Motion for Sanctions re: Inadvertent PII Disclosure and (2) Status / Scheduling Conference by 35 Days (the "Application") filed by Gregg Roberts ("Roberts"), assignee of record and judgment creditor, pro se, on November 23, 2025 [Dk. 52] in the main case and good cause appearing,

ORDER

1

1  **IT IS HEREBY ORDERED THAT:**

2  Roberts' Application is GRANTED.

3

4  The hearing on the Motion for Sanctions concerning the inadvertent PII disclosure, presently set for December 9, 2025 at 11:00 a.m., is continued to January 20, 2026

5  at 1:30 p.m. No further pleadings may be filed in connection with this matter.

6

7  The Status / Scheduling Conference, presently set for December 16, 2025 at 1:30 p.m., is continued to January 20, 2026 at 1:30 p.m. A status report is due 14 days in

8  advance.

9

10  A copy of this order shall be filed in both the main case and the adversary proceeding. Moving forward, Roberts is reminded that matters relevant to the

11  adversary proceeding must be filed in the adversary proceeding, and not the main

12  case.

13

14

15  IT IS SO ORDERED.

16

17

18  DATED: December 9, 2025

19                                          Hon. Scott C. Clarkson

20                                          United States Bankruptcy Judge

21

22

23

24

25

26

27

28

ORDER

2